NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1335, -1336

CORNELL UNIVERSITY
and CORNELL RESEARCH FOUNDATION, INC.,

Plaintiffs-Cross Appellants,

v.

HEWLETT-PACKARD COMPANY,

Defendant-Appellant.

Appeals from the United States District Court for the Northern District of New York in case no. 5:01-CV-1974, Circuit Judge Randall R. Rader.

ON MOTION

<u>O R D E R</u>

The parties move jointly for a 14-day extension of time, until December 23, 2009, for Hewlett-Packard Company to file its response and reply brief and for a 14-day extension of time, until January 25, 2010, for Cornell University et al. to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Edward G. Poplawski, Esq.
      John Allcock, Esq.

s17



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 8 2009

JAN HORBALY
CLERK